# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

LENZY MCCULLOUGH                                                    PLAINTIFF

v.                              No. 3:18-cv-173-DPM

TEDD ARNOLD, JR., Finance Director,
Deutsche Bank; and the CENTRAL
INTELLIGENCE AGENCY, Andrew
Ippolito, Chairman                                                  DEFENDANTS

## ORDER

Though McCullough's motion for *in forma pauperis* status, № 1, appears less than complete, the Court grants it. His complaint will be dismissed without prejudice. No claim arises from the alleged failure of others to follow through on paying McCullough $35,500,750, less a $3,200 fee. McCullough isn't out of pocket any money. And the lost chance at something that was never going to happen is not actionable at law. 28 U.S.C. § 1915(e)(2); *Denton v. Hernandez*, 504 U.S. 25, 31-32 (1992).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 October 2018