IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LENZY MCCULLOUGH                                                    PLAINTIFF

v.                              No. 3:18-cv-173-DPM

TEDD ARNOLD, JR., Finance Director,
Deutsche Bank; and the CENTRAL
INTELLIGENCE AGENCY, Andrew
Ippolito, Chairman                                                 DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 October 2018